HEATHER D. HEARNE, SBN 254496
hdh@kullmanlaw.com
**THE KULLMAN FIRM**
A Professional Law Corporation
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Tel.: (225) 906-4245
Fax: (225) 906-4230
Attorneys for Defendant
CONDUENT COMMERCIAL SOLUTIONS, LLC

DANNY YADIDSION, SBN 260282
PATRICK D. MARTINEZ, SBN 337569
LABOR LAW PC
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: 310-494-6082
Danny@LaborLawPC.com
Patrick.martinez@LaborLawPC.com

Attorneys for Plaintiff
LYNN RUIZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN RUIZ, individually and on behalf of the putative class,<br><br>Plaintiff,<br><br>v.<br><br>CONDUENT COMMERCIAL SOLUTIONS, LLC, a Nevada limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO. 1:21-cv-1555-JLT-BAK (BAM)**<br><br>**JOINT STIPULATION TO STAY DISCOVERY AND CONTINUE SCHEDULING CONFERENCE PENDING A DECISION ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND ORDER** |

Plaintiff Lynn Ruiz ("Plaintiff") and Defendant Conduent Commercial Solutions, LLC ("CCS" or "Defendant") (collectively referred to as "the Parties") hereby stipulate and jointly move for a court order staying discovery and continuing the April 27, 2022 Scheduling Conference pending a decision on Defendant's pending Motion to Compel Arbitration. (Dkt No. 6)

WHEREAS on September 20, 2021, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of Kern, Case No. BCV-21-102215, asserting two causes of action on behalf of Plaintiff and all other persons similarly situated: (1) violation of Labor Code Section 2802; and (2) unfair and unlawful business practices. (Dkt No. 2-1)

Defendant removed Plaintiff's Complaint to this Court on October 21, 2021. (Dkt No. 1) Thereafter, on November 23, 2021, Defendant filed a Motion to Compel Arbitration. (Dkt No. 6) Plaintiff submitted an Opposition to Defendant's Motion to Compel Arbitration on January 4, 2022. (Dkt No. 9). Defendant filed a Reply Brief in Support of Motion to Compel Arbitration on January 11, 2022. (Dkt No. 12)

In light of the pending Motion to Compel Arbitration, on November 29, 2021, the Court continued the Scheduling Conference originally scheduled for January 18, 2022 to April 26, 2022. (Dkt No. 8) The Court has not yet ruled on the pending Motion to Compel.

WHEREAS the Parties desire to have the Scheduling Conference continued and discovery stayed pending resolution of the pending Motion to Compel Arbitration because a ruling on the motion would substantially impact the scope of these proceedings and the scope of discovery. Accordingly, Plaintiff and Defendant hereby stipulate and agree as follows:

1. Plaintiff and Defendant stipulate and agree to continue and stay the Scheduling Conference scheduled for April 26, 2022, until after a ruling on Defendant's pending Motion to Compel Arbitration.

2. Plaintiff and Defendant stipulate and agree to stay discovery pending a ruling on Defendant's pending Motion to Compel Arbitration.

2. This stipulation may be executed in any number of facsimile or electronic counterparts, each of which shall be deemed an original, and all such counterparts taken together shall be deemed to constitute one and the same instrument.

///

///

///

Dated: April 18, 2022

By: /s/ Patrick Martinez
**LABOR LAW PC**

Attorney for Plaintiff
LYNN RUIZ

By: /s/ Heather D. Hearne
**THE KULLMAN FIRM**
A Professional Law Corporation

Attorney for Defendant
CONDUENT COMMERCIAL SOLUTIONS, LLC

### **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that Discovery is STAYED in this matter pending resolution of the motion to compel arbitration. Further, the Initial SCHEDULING CONFERENCE set for 04/27/2022 is continued to **September 29, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the hearing remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **April 19, 2022**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE