| | |
|---|---|
| 1 | HEATHER D. HEARNE, SBN 254496 |
| | hdh@kullmanlaw.com |
| 2 | **THE KULLMAN FIRM** |
| | A Professional Law Corporation |
| 3 | 4605 Bluebonnet Blvd., Suite A |
| | Baton Rouge, LA 70809 |
| 4 | Tel.: (225) 906-4245 |
| | Fax: (225) 906-4230 |
| 5 | Attorneys for Defendant |
| | CONDUENT COMMERCIAL SOLUTIONS, LLC |

DANNY YADIDSION, SBN 260282
PATRICK D. MARTINEZ, SBN 337569
LABOR LAW PC
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: 310-494-6082
Danny@LaborLawPC.com
Patrick.martinez@LaborLawPC.com

Attorneys for Plaintiff
LYNN RUIZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN RUIZ, individually and on behalf of the putative class, | **CASE NO. 1:21-cv-1555-JLT-BAK (BAM)** |
| Plaintiff, | **JOINT STIPULATION TO STAY DISCOVERY AND CONTINUE SCHEDULING CONFERENCE PENDING A DECISION ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND ORDER** |
| v. | |
| CONDUENT COMMERCIAL SOLUTIONS, LLC, a Nevada limited liability company; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff Lynn Ruiz ("Plaintiff") and Defendant Conduent Commercial Solutions, LLC ("CCS" or "Defendant") (collectively referred to as "the Parties") hereby stipulate and jointly move for a court order staying discovery and continuing the April 27, 2022 Scheduling Conference pending a decision on Defendant's pending Motion to Compel Arbitration. (Dkt No. 6)

WHEREAS on September 20, 2021, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of Kern, Case No. BCV-21-102215, asserting two causes of action on behalf of Plaintiff and all other persons similarly situated: (1) violation of Labor Code Section 2802; and (2) unfair and unlawful business practices. (Dkt No. 2-1)

Defendant removed Plaintiff's Complaint to this Court on October 21, 2021. (Dkt No. 1). Thereafter, on November 23, 2021, Defendant filed a Motion to Compel Arbitration. (Dkt No. 6). Plaintiff submitted an Opposition to Defendant's Motion to Compel Arbitration on January 4, 2022. (Dkt No. 9). Defendant filed a Reply Brief in Support of Motion to Compel Arbitration on January 11, 2022. (Dkt No. 12)

In light of the pending Motion to Compel Arbitration, on November 29, 2021, the Court continued the Scheduling Conference originally scheduled for January 18, 2022 to April 27, 2022. (Dkt No. 8). On April 18, 2022, the Parties filed a Joint Stipulation to Stay Discovery and Continue Scheduling Conference Pending a Decision on Defendant's Motion to Compel Arbitration. (Dkt No. 13). The Court granted that Stipulation on April 19, 2022 and continued the Initial Scheduling Conference to September 29, 2022. (Dkt No. 16). The Court has not yet ruled on the pending Motion to Compel.

WHEREAS the Parties desire to have the Scheduling Conference continued and discovery stayed an additional thirty-days to allow time for the Court to rule on the pending Motion to Compel Arbitration because a ruling on the motion would substantially impact the scope of these proceedings and the scope of discovery. Accordingly, Plaintiff and Defendant hereby stipulate and agree as follows:

1. Plaintiff and Defendant stipulate and agree to a thirty-day continuance and stay of the Scheduling Conference scheduled for September 29, 2022.

2. Plaintiff and Defendant stipulate and agree to stay discovery pending a ruling on Defendant's pending Motion to Compel Arbitration.

3. This Stipulation may be executed in any number of facsimile or electronic counterparts, each of which shall be deemed an original, and all such counterparts taken together shall be deemed

1  to constitute one and the same instrument.

Dated: September 13, 2022

By: */s/ Patrick Martinez*  
**LABOR LAW PC**

Attorney for Plaintiff  
LYNN RUIZ

By: */s/ Heather D. Hearne*  
**THE KULLMAN FIRM**  
A Professional Law Corporation

Attorney for Defendant  
CONDUENT COMMERCIAL SOLUTIONS, LLC

**ORDER**

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Discovery remains STAYED in this matter pending resolution of the motion to compel arbitration. Further, the Initial SCHEDULING CONFERENCE set for 09/29/2022 is continued to **November 3, 2022, at 9:30 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe. The parties shall file a Joint Scheduling Report one week prior to the conference.

IT IS SO ORDERED.

Dated:   **September 15, 2022**        /s/ *Barbara A. McAuliffe*  
                                       UNITED STATES MAGISTRATE JUDGE