

# United States District Court
# Eastern District of California

| | |
|---|---|
| **Lynn Ruiz** | Case Number: 1:21-cv-1555-JLT-BAK |
| Plaintiff(s) | |
| V. | |
| **Conduent Commercial Solutions, LLC** | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Nicole Seale Adler** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Conduent Commercial Solutions, LLC**

On **10/18/2007** (date), I was admitted to practice and presently in good standing in the **Supreme Court of the State of Louisiana** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Application for Pro Hac Vice is concurrently being made in Rosio Ventura v. Conduent Commercial Solutions, LLC, Case No.: 1:22-cv-00823, currently pending before the Court.

Date: **09/29/2022**        Signature of Applicant: /s/ **Nicole S. Adler**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Nicole Seale Adler |
| Law Firm Name: | The Kullman Firm |
| Address: | 1100 Poydras Street |
| | Suite 1600 |
| City: | New Orleans   State: LA   Zip: 70163-1600 |
| Phone Number w/Area Code: | (504) 524-4162 |
| City and State of Residence: | |
| Primary E-mail Address: | nsa@kullmanlaw.com |
| Secondary E-mail Address: | lpm@kullmanlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Heather D. Hearne |
| Law Firm Name: | The Kullman Firm |
| Address: | 10233 South Parker Road, Suite 306 |
| City: | Parker   State: CO   Zip: 80134 |
| Phone Number w/Area Code: | (720) 447-6628   Bar #: 254496 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **September 30, 2022**

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT