UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN RUIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CONDUENT COMMERCIAL SOLUTIONS, LLC,<br><br>        Defendant. | Case No. 1:21-cv-01555-JLT-CDB<br><br>ORDER ON STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 42)<br><br>**7-Day Deadline** |

    On September 20, 2021, Plaintiff Lynn Ruiz initiated this action in state court by filing a class action complaint against Defendant Conduent Commercial Solutions LLC. Thereafter on October 21, 2021, Defendant removed the case to this Court. (Doc. 1). On June 6, 2023, Plaintiff filed a first amended complaint. (Doc. 35).

    Pending before the Court is the parties' stipulated request for and order granting Plaintiff leave to file second a second amended complaint. The second amended complaint adds as a plaintiff Ruby Chacon ("Chacon"), who also asserts claims under the California Private Attorney General Act, Cal. Lab. Code § 2699 *et seq*. ("PAGA"). The stipulation sets out that Chacon filed a letter with the California Labor and Workforce Development Agency ("LWDA"). The LWDA has not responded to Chacon's letter within 65 days, which allows her to pursue her PAGA claims pursuant to Cal. Lab. Code § 2699.3(a)(2)(B).

///

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. No later than August 7, 2024, Plaintiff SHALL FILE as a stand-alone docket entry the second amended complaint proposed in the parties' stipulation (Doc. 42); and
2. Defendants shall respond to the second amended complaint within seven (7) days of its filing (*see* Fed. R. Civ. P. 15(a)(3)).

IT IS SO ORDERED.

Dated:   **July 31, 2024**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE