# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN RUIZ and RUBY CHACON, individually and in their representative capacities,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CONDUENT COMMERCIAL SOLUTIONS, LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 1: 21-cv-01555 JLT CDB<br><br>ORDER REMANDING THE ACTION TO KERN COUNTY SUPERIOR COURT BASED UPON THE STIPULATION OF THE PARTIES<br><br>(Doc. 50) |

　　　　The parties have resolved the claims raised in this action. (Docs. 45, 50.) The parties executed a Memorandum of Understanding, "which memorialized the key terms of the Parties' settlement, and is intended to be binding pursuant to California Code of Civil Procedure section 664.6." (Doc. 50 at 3.) The parties now stipulate that this matter, which was originally filed in Kern County Superior Court, Case No. BCV-21-102215, shall be remanded to the state court "for the sole purpose of approving the PAGA settlement, without prejudice." (*Id*.) The parties also stipulate: "If the settlement is not approved, Defendant reserves the right to remove the action back to Federal Court, and Plaintiffs will not contend that such removal is untimely." (*Id.*)

///

///

///

1

Based upon the stipulation of the parties, the **Court ORDERS**:

1. The matter is **REMANDED** to the Superior Court of California, County of Kern.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 11, 2024**                                   _____
                                                                                    UNITED STATES DISTRICT JUDGE